UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| DEON DERRICO, | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No. 2:15-cv-01165-APG-NJK |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| PENNYMAC CORP, et al., | ) | (Docket No. 14) |
| | ) | |
| Defendant(s). | ) | |

Pending before the Court is the parties' joint proposed discovery plan, Docket No. 14, which is hereby **DENIED** without prejudice. The presumptively reasonable period of time to conduct discovery is 180 days calculated from the date the first defendant answers or otherwise appears. Local Rule 26-1(e)(1). Defendant MTC Financial, Inc., first appeared on December 14, 2015, and the parties seek to schedule the discovery cut-off for October 31, 2016. *See* Docket Nos. 8, 14. Therefore, the parties request a discovery period of approximately 322 days. The parties seek additional time based on the pendency of a motion to dismiss and Defendant Pennymac Corporation's failure to timely file a responsive pleading. Docket No. 14 at 3. The Court finds that these reasons do not warrant such an extended discovery period. A pending motion, standing alone, is an inadequate basis to stay or extend discovery. *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011) ("The Federal Rules of Civil Procedure do not provide for automatic or blanket stays of discovery when a potentially dispositive motion is pending.") Further, Local Rule 26-1(e)(1) makes clear that the discovery period is to be "measured from the date the first defendant appear[ed]." Since Defendant MTC Financial, Inc.,

has appeared, Defendant Pennymac Corporation's late appearance is irrelevant to determining the length of the discovery period under Local Rule 26-1(e)(1).

Accordingly, the proposed discovery plan is hereby **DENIED** without prejudice. The parties shall file a new joint proposed discovery plan that complies in full with Local Rule 26-1, no later than February 5, 2016.

IT IS SO ORDERED.

DATED: January 29, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge